# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL BARRAGAN,<br><br>Plaintiff,<br><br>v.<br><br>HERRERA, et al.,<br><br>Defendants. | No. 1:25-cv-00442-JLT-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>(Doc. 14) |

On August 27, 2025, the assigned magistrate judge issued findings and recommendations recommending that the action be dismissed for failure to state a cognizable claim for relief. (Doc. 14.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within 14 days after service. *Id.* at 7. Plaintiff filed objections on September 12, 2025. Doc. 15.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, including the objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court ORDERS:

1. The Findings and Recommendations dated August 27, 2025 (Doc. 14) are **ADOPTED** in full.

1

2. The action is **DISMISSED** with prejudice for failure to state a claim.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 17, 2025**

_____
UNITED STATES DISTRICT JUDGE

2